(928 P.2d 103)
No. 74,155

STATE OF KANSAS, *Appellee,* v. GILBERTO MIRAC SOTO, *Appellant.*

Opinion filed December 6, 1996.

*Henry O. Boaten,* of Law Offices of Henry O. Boaten, P.A., of Topeka, for appellant.

*Tony W. Rues,* assistant district attorney, *Joan M. Hamilton,* district attorney, and *Carla J. Stovall,* attorney general, for appellee.

Before RULON, P.J., MARQUARDT, J., and C. FRED LORENTZ, District Judge, assigned.

RULON, J.: Gilberto Mirac Soto, defendant, was driving a vehicle in Topeka when he was stopped by police officers for several traffic offenses. As a result of defendant's consent to allow the officers to search the vehicle, he was arrested and subsequently convicted of several drug-related crimes and unlawful use of a firearm, in addition to the traffic offenses. He appeals the denial of his motion to suppress the evidence seized, based upon a claim that he did not understand the English language well enough to knowingly consent to the search of his vehicle. We dismiss for lack of jurisdiction.

In a criminal case, final judgment occurs upon pronouncement of sentence from the bench. See *State v. Bost,* 21 Kan. App. 2d 560, 563-64, 903 P.2d 160 (1995). Here, the district court suspended imposition of sentence pending this appeal. The Kansas Sentencing Guidelines Act does *not* permit suspension of imposition of sentence in felony cases. See K.S.A. 1993 Supp. 21-4603d; K.S.A. 22-3608.

Consequently, this court lacks jurisdiction over this appeal because there is no final judgment from which to appeal.

Appeal dismissed.